IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME TODD,

      Plaintiff,

v.                                                       CASE NO. 5:16-cv-237-LC-GRJ

U.S. DEPT. OF JUSTICE,
et al.,

      Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, a inmate in the custody of the Bureau of Prisons, initiated this case by filing a handwritten complaint.  ECF No. 1.  Plaintiff failed to either pay the $400.00 filing fee or file a motion for leave to proceed as a pauper.  The Court ordered Plaintiff to correct these deficiencies on or before September 14, 2016.  ECF No. 3.  Plaintiff failed to comply and instead filed a motion to transfer this case to a different jurisdiction, a motion for "judicial notice", and a motion for "execution" of a judgment.  ECF Nos. 4, 5, 6.  The Court denied the motions, and ordered Plaintiff to show cause on or before October 26, 2016, as to why this case should not be dismissed for failure to comply with an order of the Court.  ECF No. 7.

In response to the show cause order, Plaintiff filed a motion for leave to proceed as a pauper, ECF No. 9, and a "response" in which Plaintiff

attempts to assert claims that the federal government, in the Western District of Washington, is holding Plaintiff unlawfully, has taken property without compensation, is liable to Plaintiff under various "bonds", and other specious and non-cognizable claims arising from Plaintiff's criminal prosecution and conviction for sex-trafficking offenses. *See* ECF No. 8, 8-1.

Plaintiff has wholly failed to comply with the Court's order to file an Amended Complaint on the Court's form, and has not shown any cause to excuse such failure. Pursuant to N.D. Fla. Local Rule 5.7, a *pro se* party *must* file a complaint on the Court's form, and the "Court need not–and ordinarily will not–consider a . . . complaint that is not filed on the proper form." Even if the Court were to consider Plaintiff's claims as asserted in the Complaint and in his response to the order to show cause, the Court would find pursuant to the screening provision of 28 U.S.C. § 1915A that Plaintiff's claims are frivolous and due to be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that leave to proceed as a pauper, ECF No. 9, should be **DENIED** and this case **DISMISSED** for failure to comply with an order of the Court and as frivolous pursuant to 28

U.S.C. § 1915A.

**IN CHAMBERS** this 26th day of October 2016.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**